In the Matter of the Claim of GEORGE LOOP, Respondent, against LINCOLN E. CORSETT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of PAULINE CLOW, Respondent, against B. F. KEITH's FORDHAM THEATRE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

FLOYD SCHNEIDER, an Infant, by ANDREW SCHNEIDER, His Guardian ad Litem, Appellant, v. CHARLES GARDINO, Respondent. ANDREW SCHNEIDER, Appellant, v. CHARLES GARDINO, Respondent.— Judgments reversed on the law and a new trial granted, with costs to the appellants to abide the event, on the ground that the evidence presented a question for the consideration of the jury. Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ., concur.

THOMAS BRADISH, Respondent, v. DANIEL SKELLY, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

HOLLIE LIPE, Appellant, v. QUINN's, INC., Respondent.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of MAYNARD PARTRIDGE, Respondent, against TEW MOTOR SALES COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOHN NEIGEL, Respondent, against CONSOLIDATED CAN CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANNA LOYKA, Respondent, against CHURCH & DWIGHT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO DELL AQUILO, Appellant.— Judgment of conviction unanimously affirmed under section 542 of the Code of Criminal Procedure and on the authority of People v. Benham (160 N. Y. 402); People v. Odell (230 id. 481) and People v. Ennis (176 id. 289, 293), on the ground that although there was an obvious error in the charge the error was corrected and withdrawn by the trial judge on his attention being called to it by the district attorney, without objection or exception by the attorney for the defendant. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

FRED BALCH, Respondent, v. CATHERINE ROMEO, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.